UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIK ALKE,

        Petitioner,

     - against -                                **JUDGMENT**
                                                    15-CV-2677 (RRM)

DAVE ARTUS,

        Respondent.
------------------------------------------------------------X

       A Memorandum and Order of the undersigned having been issued this day dismissing the instant petition, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

       ORDERED, ADJUDGED AND DECREED that the petition is dismissed, and this case is hereby closed.

                                                                SO ORDERED.

Dated: Brooklyn, New York                         *Roslynn R. Mauskopf*
       August 8, 2016                              _____
                                                      ROSLYNN R. MAUSKOPF
                                                      United States District Judge